UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ORPAH DARUWALA,

                Plaintiff,

-against-

NEW YORK CITY HEALTH AND
HOSPITALS CORPORATION, et al.,

                Defendants.

No. 23-CV-10231 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    As stated on the record at the initial pretrial conference held on October 8, 2024, the parties shall exchange document requests no later than October 11, 2024, and shall produce substantially all documents responsive to such requests no later than November 10, 2024. The parties shall appear for a second teleconference at 10:00 a.m. on November 25, 2024. The dial-in for the teleconference is: (877) 402-9753, access code 6545179.

**SO ORDERED.**

Dated:    October 8, 2024
            New York, New York

                                      */s/ Loretta A. Preska*
                                      LORETTA A. PRESKA
                                      Senior United States District Judge