UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORPAH DARUWALA,

            Plaintiff,

-against-

NEW YORK CITY HEALTH AND
HOSPITALS CORPORATION, et al.,

            Defendants.

No. 23-CV-10231 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    As agreed during the teleconference held today, the parties shall promptly complete substantially all document discovery and shall conduct three depositions—of Plaintiff, Dr. Tahir, and an agreed-upon representative of Hospital Defendants—before March 31, 2025. The parties shall file a letter no later than March 31, 2025 advising the Court as to the status of the case and how the parties propose to proceed.

**SO ORDERED.**

Dated:    January 13, 2025
             New York, New York

*Loretta A. Preska*
LORETTA A. PRESKA
Senior United States District Judge