UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ORPAH DARUWALA,<br><br>      Plaintiff,<br><br>-against-<br><br>NEW YORK CITY HEALTH AND<br>HOSPITALS CORPORATION, et al.,<br><br>      Defendants. | No. 23-CV-10231 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

  The Court is in receipt of the parties' letters in the above-captioned action regarding various discovery disputes. (Dkt. nos. 56-58.) The parties shall appear for a teleconference to address the contentions in their letters on March 12, 2025 at 10:00 a.m. using the dial-in (855) 244-8681, access code: 23190063202.

**SO ORDERED.**

Dated:  March 4, 2025
     New York, New York

           _____
           LORETTA A. PRESKA
           Senior United States District Judge