UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ORPAH DARUWALA,<br><br>              Plaintiff,<br><br>-against-<br><br>NEW YORK CITY HEALTH AND HOSPITALS CORPORATION, et al.,<br><br>              Defendants. | No. 23-CV-10231 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    As discussed during the teleconference held yesterday, March 12, 2025, the Court hereby adopts the following Scheduling Order in the above-captioned case in the interest of proportionality.

    Fact Discovery

    1. Document production shall be completed by April 9, 2025.

    2. Fact depositions shall be completed by May 7, 2025.  The parties will confer as to the persons to be deposed and the order of depositions, with the understanding that the Plaintiff's deposition will be first, unless otherwise agreed.

    3. Defendants may take the deposition of Plaintiff without leave of Court.  Plaintiff may take the deposition of Defendant Tahir and the individual who conducted the EEO investigation, as discussed during yesterday's conference, without leave of the Court.  The depositions by each side of party witnesses may be full-day depositions (that is, up to seven hours of testimony). Depositions of non-parties may be up to two hours of testimony.

After a party has taken its allotted deposition(s), that party may apply to the Court by letter for permission to take additional depositions.  Additional depositions will only be granted on good cause shown considering the scope of the case and what is necessary and proportional.

<u>Expert Discovery</u>

1. The parties may apply to the Court by letter for permission to engage in expert discovery.

<u>Summary Judgment</u>

1. The parties may submit pre-motion letters in accordance with the Court's Individual Practices no later than May 14, 2025. In the event no pre-motion letters are filed, the parties shall submit a letter advising the Court of the status of the action, including the status of any settlement discussions, no later than May 14, 2025.

Pretrial Order

1. The parties shall file, no later than June 11, 2025, a joint proposed pretrial order, the contents of which are to consist of:

a. a list by each party of proposed witnesses at trial,

b. a brief summary by each party of the topics to which the witnesses will testify, and

c. a list of documents to be offered in evidence by each party and any party's objections.

**SO ORDERED.**

Dated:     March 13, 2025
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

3