UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| ORPAH DARUWALA, | |
|                Plaintiff, | |
| -against- | No. 23-CV-10231 (LAP) |
| NEW YORK CITY HEALTH AND HOSPITALS CORPORATION, et al., | ORDER |
|                Defendants. | |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of the letter submitted by defense counsel requesting to appear by telephone at the conference scheduled for July 14, 2025 at 10:00 a.m. (Dkt. no. 72.) In light of counsel's request, the conference will be held remotely via telephone instead of in person for all participants, using the dial-in (855) 244-8681, access code: 231-900-63202.

**SO ORDERED.**

Dated:    July 9, 2025
           New York, New York

                                      */s/ Loretta A. Preska*
                                      LORETTA A. PRESKA
                                      Senior United States District Judge