UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORPAH DARUWALA,

                    Plaintiff,

-against-                                    No. 23-CV-10231 (LAP)

NEW YORK CITY HEALTH AND                          ORDER
HOSPITALS CORPORATION, et al.,

                    Defendants.

LORETTA A. PRESKA, Senior United States District Judge:

A status conference was held today, during which the Court determined the following:

- The parties shall complete document discovery no later than May 23, 2026;

- The parties shall schedule the depositions of Plaintiff, Defendant Tahir, Defendant Malone, and Defendant Rodriguez;

- All depositions shall be completed no later than July 22, 2026; and

- Upon scheduling the first four depositions, the parties shall confer and write to the Court to schedule a settlement conference.

**SO ORDERED.**

Dated:  March 23, 2026

      New York, New York

LORETTA A. PRESKA
Senior United States District Judge

2